UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO


SCOTT HAMBY,

              Plaintiff,

    vs.

A.K. SCRIBNER,

              Defendant.

_____/

**1:04-cv-6468 OWW DLB P**

**ORDER TO SHOW CAUSE RE NON-COMPLIANCE WITH ELECTRONIC FILING REQUIREMENT (L.R. 5-133)**


      TO:  CHARLES CARBONE

      YOU ARE DIRECTED TO SHOW CAUSE by affidavit or certificate why sanctions should not be imposed for your failure to comply with the court's electronic filing requirements.  Such affidavits or certificates are to be filed within 11 days of service of this order.

     DATED:   May 11, 2005

     SO ORDERED.


                   /s/ Dennis L. Beck
_____DENNIS L. BECK
                   U.S. Magistrate Judge