IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HAMBY, | 1: 04 CIV F 6468-OWW DLB P |
| Plaintiff(s), | ORDER VACATING ORDER TO SHOW CAUSE |
| v. | Doc #11 |
| A.K. SCRIBNER, et al., | |
| Defendant(s). | |

On May 11, 2005, the Court issued an Order to Show Cause to attorney Charles Carbone re Compliance with the Electronic Filing Requirement based on his failure to comply with the Court's electronic filing requirements. On May 23, 2005, Mr. Carbone filed an Affidavit in response wherein he explains that he previously failed to register with the Electronic Filing Service but has since registered.

Accordingly, the Order to Show Cause issued May 11, 2005 is HEREBY VACATED.

IT IS SO ORDERED.

**Dated:   May 25, 2005**            /s/ Dennis L. Beck
3c0hj8                                      UNITED STATES MAGISTRATE JUDGE

1