UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HAMBY,  )  <br>  ) <br> Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br> A. K. SCRIBNER, et al., ) <br>   ) <br> Defendants. ) <br>   ) | 1:04 6468 OWW DLB P <br><br> ORDER GRANTING EXTENSION OF TIME <br><br> (DOCUMENT #10) |

      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On May 4, 2005, the parties stipulated to extend time for defendants to file a responsive pleading. Inasmuch as defendants have filed their motion to dismiss on May 26, 2005, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT stipulation entered into between the parties is hereby GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:   June 1, 2005**                    **/s/ Dennis L. Beck**
3c0hj8                                                UNITED STATES MAGISTRATE JUDGE