UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT HAMBY, | ) | 1:04-cv-6468 OWW DLB P |
| | ) | |
|        Plaintiff, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATIONS (DOC. 17) |
|   v. | ) | |
| | ) | ORDER DENYING MOTION TO |
| A.K. SCRIBNER, et al., | ) | DISMISS (DOC. 14) |
| | ) | |
|        Defendants. | ) | |
| | ) | |

Plaintiff, Scott Hamby ("plaintiff"), a state prisoner proceeding with counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 1, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On February 21, 2006, defendants filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

1

1  *de novo* review of this case.  Having carefully reviewed the
2  entire file, the Court finds the Findings and Recommendations to
3  be supported by the record and by proper analysis.
4       Accordingly, IT IS HEREBY ORDERED that:
5       1.   The Findings and Recommendations, filed February 1,
6  2006, are ADOPTED IN PART;
7       2.   Defendants' motion to dismiss for failure to state a
8  claim upon which relief may be granted, filed May 26, 2005, is
9  DENIED; except as to the allegations against Supervising
10 Defendants Scribner, Yarborough and Moore, which are conclusory
11 and devoid of facts showing personal participation, knowledge and
12 ratification or establishment, implementation of, or recklessly
13 disregardful of a policy operating to deprive Plaintiff of
14 constitutional rights.  The motion to dismiss as to these three
15 defendants is GRANTED with leave to amend;
16      3.   Paragraph B(5) of the Prayer in the Complaint is
17 STRICKEN;
18      4.   Any amended complaint shall be filed within ten (10)
19 days following receipt of this order; and
20      5.   If no amendment is filed, remaining defendants shall
21 respond to Plaintiff's complaint within thirty (30) days
22 following date of service of this order or, if an amended
23 complaint is filed, within forty (40) days.
24
25 IT IS SO ORDERED.
26 **Dated:   March 15, 2006**          /s/ Oliver W. Wanger
   emm0d6                              UNITED STATES DISTRICT JUDGE
27
28