IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT HAMBY,  　　　　　　　　　　　　　CASE NO. CV-F-04-6468 OWW DLB P

　　　　　Plaintiff,　　　　　　　　　　　ORDER TO SHOW CAUSE RE
　　　　　　　　　　　　　　　　　　　　　DISMISSAL OF ACTION
　　vs.

A.K. SCRIBNER, et al.,

　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　/

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On March 15, 2006, the Court issued an Order adopting in part the undersigned's recommendation regarding defendants' motion to dismiss. In doing so the Court determined that the allegations against defendants Scribner, Yarborough and Moore were insufficient to state claims against them. Accordingly, the Court granted defendants' motion to dismiss and granted plaintiff leave to amend the complaint. The Court stated that any amended complaint was to be filed within 10 days of the Order.

　　　　Plaintiff has failed to file an amended complaint. The Court's Order granting defendants' motion to dismiss, effectively dismissed all defendants in this action.

　　　　Accordingly, based on the foregoing, it is HEREBY ORDERED that:

　　　　1.　　　Within twenty (20) days from the date of service of this order, plaintiff shall show cause

1

why this action should not be dismissed, for failure to state any claims upon which can be granted; and

2. If plaintiff does not respond to the instant order to show cause, the court will issue Findings and Recommendations recommending that this action be dismissed.

IT IS SO ORDERED.

Dated: **March 27, 2007**              **/s/ Dennis L. Beck**
3c0hj8                                 UNITED STATES MAGISTRATE JUDGE