1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT HAMBY,                      1:04-cv-06468-OWW-DLB-P

12              Plaintiff,        **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 21)

13   vs.
                                  **ORDER DISMISSING ACTION**
14   SCRIBNER, et al.,

15              Defendants.
                                  /
16

17        Plaintiff, Scott Hamby ("plaintiff"), an inmate proceeding

18   pro se, has filed this civil rights action seeking relief under

19   42 U.S.C. § 1983.  The matter was referred to a United States

20   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

21   Rule 72-302.

22        On May 4, 2007, the Magistrate Judge filed Findings and

23   Recommendations herein which were served on plaintiff and which

24   contained notice to plaintiff that any objections to the Findings

25   and Recommendations were to be filed on or before May 20, 2007.

26   To date, plaintiff has not filed objections to the Magistrate

27   Judge's Findings and Recommendations.

28   //

                                  1

1  In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  <u>de novo</u> review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendations to

5  be supported by the record and by proper analysis.

6  Accordingly, IT IS HEREBY ORDERED that:

7  1.   The Findings and Recommendations, filed May 4, 2007,

8  are ADOPTED IN FULL; and,

9  2.   This action is DISMISSED based on plaintiff's failure

10  to obey the court's order of March 27, 2007, and failure to state

11  a claim upon which relief can be granted.

12  IT IS SO ORDERED.

13  **Dated:    June 25, 2007**              **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2